UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E. BARNHOUSE,

    Plaintiff,

v.

ERIC YOUNG, *et al.*,

    Defendants.

Case No. C08-5553 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR INJUNCTIVE RELIEF

The Court, having reviewed Defendants' motion for extension of time to file a response to Plaintiffs' motion for injunctive relief (Dkt. # 15), and the balance of the record, does hereby **ORDER**:

(1) Defendants' motion for an extension of time (Dkt. # 15) is **GRANTED**. The Court notes that Defendants filed their response on **December 15, 2008**;

(2) Plaintiff may file a reply **on or before January 5, 2009**;

(3) The Clerk shall **re-note** Plaintiff's motion for injunctive relief (Dkt. # 13) for **January 9, 2009**; and

(4) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this ___16th___ day of December, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1