UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E. BARNHOUSE,

    Plaintiff,

v.

ERIC YOUNG, *et al.*,

    Defendants.

Case No. C08-5553 RJB/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff requests an extension until February 19, 2009 to respond to Defendants' motion to dismiss. Dkt. # 16. Defendants' motion to dismiss (Dkt. # 14) is presently noted for December 19, 2008. Defendants have not filed a response to Plaintiff's request for an extension.

Accordingly, it is **ORDERED:**

(1) Plaintiff's request for an extension (Dkt. # 16) is **GRANTED**; Plaintiff's response to Defendants' motion to dismiss shall be filed on or before **February 16, 2009**[1]; Defendants' reply, if any, shall be filed on or before **February 20, 2009**;

(2) The Court Clerk shall **re-note** Defendants' motion to dismiss (Dkt. # 14) for **February 20, 2009;** and

---

[1] Plaintiff's response date is February 16 not February 19 as he requested because motions are noted on Fridays, responses are due on Monday and replies are due on the noting date.

ORDER - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this 29th day of December, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2