UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN E. BARNHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>ERIC YOUNG, *et al.*<br><br>Defendants. | Case No. 08-5553 RJB/KLS<br><br>ORDER REGARDING LETTER FILINGS |

Before the Court is a letter from Plaintiff directed to the Clerk Regarding "Exhaustion of Remedies, Grievance?" Dkt. # 23. Plaintiff is advised that if he seeks relief from this Court he must do so in the form of a motion, properly filed, served on defense counsel, and noted for hearing according to the Federal Rules of Civil Procedure. The Clerk will not respond to letter inquiries seeking legal advice, extensions of deadlines or any other relief.

Defendants' motion to dismiss Plaintiff's case on the grounds that he has failed to exhaust his administrative remedies is presently pending before this Court. Dkt. # 14. Plaintiff was granted an extension of time to respond to that motion until February 16, 2009. Dkt. # 24. The Court will not consider Plaintiff's response unless it is first properly filed and served on counsel for defendants on or before February 16, 2009.

It is **ORDERED**:

ORDER - 1

1     The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

2     DATED this <u>13th</u> day of January, 2009.

 

                                                Karen L. Strombom
                                                United States Magistrate Judge

ORDER - 2