UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E. BARNHOUSE,

    Plaintiff,

v.

ERIC YOUNG, MICHAEL CHRISTENSEN AND JEFF KETTEL, *et al.*,

    Defendants.

Case No. C08-5553 RJB/KLS

ORDER FOR FURTHER BRIEFING

Presently pending before the Court are Plaintiff's motions for preliminary injunction. Dkts. # 13 and 31. Plaintiff has also notified the Court that he was recently transferred to Clallam Bay Corrections Center (CBCC). Dkt. # 27. In their recent response, Defendants reiterate that Plaintiff is currently incarcerated at Stafford Creek Corrections Center, although their certificate of service reflects Plaintiff's new address at CBCC. Dkt. # 30.

Defendants are directed to supplement their brief to provide the Court with Plaintiff's new address, custody level and protective custody status. Plaintiff shall refrain from filing further pleadings and/or motions until all pending motions have been resolved.

Accordingly, it is **ORDERED:**

(1) Defendants shall file their supplemental brief on or before **February 20, 2009**;

(2) The Clerk shall re-note Plaintiff's motions for preliminary injunction (Dkts. # 13 and 31)

ORDER
Page - 1

for **February 20, 2009.**

DATED this   5th   day of February, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge