UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E. BARNHOUSE,

    Plaintiff,

v.

ERIC YOUNG, *et al.*,

    Defendants.

Case No. C08-5553 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 38. The Court has reviewed the Report and Recommendation, objections to the Report and Recommendation, if any, and the remaining record.

On March 25, 2009, a Report and Recommendation was filed regarding Plaintiff's letter requesting preliminary injunction. Dkt. 13. The facts of this case are set out in the Report and Recommendation and shall not be repeated here. On April 8, 2009, the Plaintiff filed a pleading entitled "Motion in Response to Magistrate R & R for TRO and Appointment of Counsel." Dkt. 47. The Plaintiff alleges that his personal property was taken from him and that prison guards were abusive at Clallam Bay Corrections Center. The Report and Recommendation adequately addresses the Plaintiff's arguments. Additionally, the Plaintiff does not make a sufficient showing as to why the Report and Recommendation should not be adopted.

ORDER - 1

1     Therefore, the Court does hereby find and **ORDER**:

2     (1)     The Court adopts the Report and Recommendation (Dkt. 38);

3     (2)     The motions for injunctive relief (Dkts. 13 and 31) are **DENIED**;

4     (3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 29th day of April, 2009.

/s/ Robert J Bryan
Robert J Bryan
United States District Judge

ORDER - 2