UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E. BARNHOUSE,

                            Plaintiff,

            v.

ERIC YOUNG, MICHAEL CHRISTENSEN,
AND JEFF KETTEL,

                            Defendants.

Case No.  C08-5553 RJB/KLS

ORDER ADOPTING
REPORT AND
RECOMMENDATION AND
DISMISSING CASE WITHOUT
PREJUDICE

This matter comes before the Court on the Report and Recommendation of Magistrate Judge
Karen L. Strombom (Dkt. 41).  The Court has considered the relevant documents, objections to the Report
and Recommendation, and the remaining record.

On April 6, 2009, the Magistrate Judge filed a Report and Recommendation (Dkt. 41) on
Defendants' Motion to Dismiss (Dkt. 14).  On April 8, 2009, the Plaintiff filed a document after the filing
of the Report and Recommendation entitled "Plaintiff [sic] response to: Defendant's [sic] motion to
dismiss, for failure to exhaust administrative remedies and mem [sic] in support."  Dkt. 43.  In the interest
of fairness and justice, the Court will consider the Plaintiff's filing as part of his objection to the Report and
Recommendation (Dkt. 41).  On April 17, 2009, the Plaintiff filed his objection to the Report and
Recommendation.  Dkt. 53.  A response to the objection was filed on April 24, 2009.  Dkt. 56.

The Report and Recommendation recommends that the motion to dismiss be granted and Mr.
Barnhouse's Complaint be dismissed without prejudice because he has failed to exhaust his administrative
remedies.  The facts and the arguments are recited in the Report and Recommendation and will not be

repeated here. Mr. Barnhouse's arguments are without merit and were appropriately addressed in the Report and Recommendation and the Response to the Plaintiff's Objections to the Report and Recommendation. Therefore, the Court should adopt the Report and Recommendation.

All other pending motions should be denied as moot.

The Court does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 53);

(2)     Defendants' motion to dismiss (Dkt. 14) is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**;

(3)     All other pending motions are denied as moot; and

(4)     The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. Karen L. Strombom.

DATED this 11th day of May, 2009.

Robert J. Bryan
United States District Judge