# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN E. BARNHOUSE

JUDGMENT IN A CIVIL CASE

v.

ERIC YOUNG et al

CASE NUMBER: C08-05553-RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1.   The Court adopts the Report and Recommendation (Dkt. 53);

2.   Defendants' motion to dismiss (Dkt. 14) is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE;** and

3.   All other pending motions are denied as moot.

May 15, 2009                          BRUCE RIFKIN
                                              Clerk


                              _____/s/__Jennie L. Patton_____
                                         Deputy Clerk